UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRLS WHO INVEST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>GIRLS THAT INVEST LTD,<br><br>      Defendant. | 24 Civ. 5094 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **September 25, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **October 2, 2024**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: September 27, 2024
New York, New York

                 DALE E. HO
                 United States District Judge