**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Tyler E. Baker
212.634.3048 direct
tbaker@sheppardmullin.com

February 28, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 905
40 Foley Square
New York, NY 10007

      Re:    <u>Girls Who Invest, Inc. v. Girls That Invest Limited, Case No. 1:24-cv-5094</u>

Dear Judge Ho:

      This firm represents plaintiff Girls Who Invest, Inc. ("Plaintiff"), and we write jointly with counsel for defendant Girls That Invest Limited ("Defendant"), pursuant to the Court's January 30, 2025 Order [ECF No. 25][1] to (i) provide the Court with a status update regarding the parties' settlement efforts, and (ii) request that the Court extend the current stay in the matter for a further thirty (30) days to permit the parties to continue settlement efforts.

      Since submission of the parties' January 30, 2025 letter informing the Court of settlement efforts and requesting a limited stay of the matter to complete the same, the parties have made further progress regarding particular settlement issues and exchanged further draft versions of a settlement agreement. While the parties are working in good faith to complete resolution of settlement points, there are certain issues that require more time than initially expected to complete, including certain technical points which have proven to be more complicated than initially expected. Moreover, because Defendant is located in New Zealand in an opposite time zone, certain back-and-forth discussions between Defendant and its New York-based counsel require more time than would be the case for a domestic party.

---

[1] The January 30, 2025 Order directed that "by or before March 3, 2025, the parties will submit a further joint status report to the Court regarding settlement status." *Id.*

**SheppardMullin**

Hon. Dale E. Ho
February 28, 2025
Page 2

      The parties respectfully submit that a limited thirty (30) day extension of the current stay would permit the parties to focus their time and resources on resolution of remaining settlement issues and promote judicial efficiency in this action and appropriately marshal judicial resources of the Court. In connection with the same, the parties propose that, by or before April 1, 2025, the parties will submit a further joint status report to the Court regarding settlement status. The parties respectfully thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      /s/ *Tyler E. Baker*

                                      Tyler E. Baker
                                      for SHEPPARD, MULLIN, RICHTER
                                      & HAMPTON LLP

cc:    Counsel of Record (via ECF)

APPLICATION GRANTED.

The Clerk of Court is respectfully directed to terminate ECF No. 26.

The parties are cautioned that no further extensions shall be granted absent a showing of good cause.

                                      SO ORDERED.

Date: March 4, 2025

                                      Hon. Dale E. Ho
                                      United States District Judge
                                      New York, New York